**STATE of Missouri, Respondent,**

v.

**Darnell YOUNG, Appellant.**

**No. ED 91052.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 3, 2009.

Application for Transfer to Supreme Court Denied March 10, 2009.

Application for Transfer Denied May 5, 2009.

Scott Rosenblum, Brocca Smith, Clayton, MO, for appellant.

Chris Koster, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., LAWRENCE E. MOONEY, J., and GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Darnell Young appeals the judgment entered upon his convictions by a jury for forcible rape, Section 566.030 RSMo 2000; and incest, Section 568.020 RSMo 2000. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).